Sweet/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDINGS INC., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG,<br><br>          Defendants. | 08 CV 2793 (RWS)<br><br> |
| RAZILL C. BECHER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG,<br><br>          Defendants. | 08 CV 02866 (RWS)<br><br> |

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, the complaint in *Eastside Holdings Inc.* v. *The Bear Stearns Companies Inc., et al.* was filed on March 17, 2008;

WHEREAS, the complaint in *Becher* v. *The Bear Stearns Companies Inc., et al.* was filed on March 18, 2008;

WHEREAS, there have been no previous requests for an extension of time to answer, move against, or otherwise respond to the complaints served in the above-captioned actions;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to these actions, as follows:

1. Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the complaints in the above-captioned actions;

2. Plaintiffs shall have sixty (60) days from the entry of the order pursuant to the Private Securities Litigation Reform Act appointing Lead Plaintiff(s) and Lead Counsel to serve and file a consolidated amended complaint (the "Complaint");

3. Defendants shall have sixty (60) days to answer, move against, or otherwise respond to the Complaint;

4. In the event Defendants move to dismiss the Complaint:

(a) Plaintiffs shall have sixty (60) days from the date such motion is served to serve and file opposition papers; and

(b) Defendants shall have forty-five (45) days from the date opposition papers are served by plaintiffs to serve and file reply papers.

2

IT IS FURTHER STIPULATED AND AGREED that nothing herein shall

be deemed to constitute a waiver of any defenses in this action. Defendants reserve all

arguments and defenses in the above-captioned actions.

Dated: April 30, 2008
New York, New York

> PAUL, WEISS, RIFKIND, WHARTON &
> GARRISON LLP
>
> By: _____
>
> Brad S. Karp (bkarp@paulweiss.com)
> Eric S. Goldstein (egoldstein@paulweiss.com)
>
> 1285 Avenue of the Americas
> New York, New York 10019-6064
> Tel.   (212) 373-3000
> Fax   (212) 757-3980
>
> *Attorneys for Defendant The Bear Stearns Companies Inc.*
>
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
>
> By: _____
>
> Barry H. Berke (bberke@kramerlevin.com)
> David S. Frankel (dfrankel@kramerlevin.com)
>
> 1177 Avenue of the Americas
> New York, New York 10036
> Tel.   (212) 715-9100
> Fax   (212) 715-8000
>
> *Attorneys for Defendant James E. Cayne*

3

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:
    Jay Kasner (jay.kasner@skadden.com)
    Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.    (212) 735-3000
Fax    (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*

SIMPSON THACHER & BARTLETT LLP

By:_____
    Michael Chepiga (mchepiga@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.    (212) 455-2000
Fax    (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

SCHULTE ROTH & ZABEL LLP

By:_____
    Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel.    (212) 756-2000
Fax    (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*

4

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____

     Jay Kasner (jay.kasner@skadden.com)
     Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.   (212) 735-3000
Fax   (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*

SIMPSON THACHER & BARTLETT LLP

By:_____

     Michael Chepiga (mchepiga@stblaw.com)
     William T. Russell, Jr. (wrussell@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel.   (212) 455-2000
Fax   (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

SCHULTE ROTH & ZABEL LLP

By:_____

     Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel.   (212) 756-2000
Fax   (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*

4

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
        Jay Kasner (jay.kasner@skadden.com)
        Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.    (212) 735-3000
Fax    (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*

SIMPSON THACHER & BARTLETT LLP

By:_____
        Michael Chepiga (mchepiga@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.    (212) 455-2000
Fax    (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

SCHULTE ROTH & ZABEL LLP

By:_____
        Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel.    (212) 756-2000
Fax    (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*

4

WACHTELL, LIPTON, ROSEN & KATZ

By:_____

    Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
    David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York 10019
Tel.   (212) 403-1000
Fax   (212) 403-2000

*Attorneys for Defendant Warren J. Spector*


COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By:_____

    Samuel H. Rudman (SRudman@csgrr.com)
    David A. Rosenfeld (DRosenfeld@csgrr.com)

58 South Service Road, Suite 200
Melville, New York 11747
Tel.   (631)367-7100
Fax   (631)367-1173

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
    Darren J. Robbins (darrenr@csgrr.com)
    David C. Walton (davew@csgrr.com)
    Catherine J. Kowalewski (katek@csgrr.com)

655 West Broadway, Suite 1900
San Diego, California 92101
Tel.   (619)231-1058
Fax   (619)231-7423

*Attorneys for Plaintiffs Eastside Holdings, Inc. and Razill C. Becher*


SO ORDERED:


_____
U.S.D.J

5

WACHTELL, LIPTON, ROSEN & KATZ

By:_____

      Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
      David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York 10019
Tel.   (212) 403-1000
Fax   (212) 403-2000

*Attorneys for Defendant Warren J. Spector*

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By:   *Mario alla / JSC*

      Samuel H. Rudman (SRudman@csgrr.com)
      David A. Rosenfeld (DRosenfeld@csgrr.com)
      Mario Alba (MAlba@csgrr.com)

58 South Service Road, Suite 200
Melville, New York 11747
Tel.   (631)367-7100
Fax   (631)367-1173

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
      Darren J. Robbins (darrenr@csgrr.com)
      David C. Walton (davew@csgrr.com)
      Catherine J. Kowalewski (katek@csgrr.com)

655 West Broadway, Suite 1900
San Diego, California 92101
Tel.   (619)231-1058
Fax   (619)231-7423

*Attorneys for Plaintiffs Eastside Holdings, Inc. and Razill C. Becher*

SO ORDERED:

_____
    U.S.D.J
     5 - 6 · 08

5