UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
EASTSIDE HOLDINGS, INC.,
Individually and On Behalf of All Others    :    **ELECTRONICALLY FILED**
Similarly Situated
                                            :    08 CV 2793 (RWS)
                Plaintiff,
                                            :
        - against -                              **NOTICE OF APPEARANCE**
                                            :
THE BEAR STEARNS COMPANIES, INC.,
et al.,                                     :

                Defendants.                 :
---------------------------------x


        Please take notice that the undersigned, of the law firm of Skadden, Arps,

Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for

Alan D. Schwartz.

Dated:  New York, New York
        May 12, 2008

                                            ___/s/ Jay B. Kasner___
                                            Jay B. Kasner
                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP
                                            (Jay.Kasner@skadden.com)
                                            Four Times Square
                                            New York, New York 10036
                                            (212) 735-3000

                                            Attorneys for Defendant
                                              Alan D. Schwartz