UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EASTSIDE HOLDINGS, INC.,
Individually and On Behalf of All Others     :     **ELECTRONICALLY FILED**
Similarly Situated
                                                       :     08 CV 2793 (RWS)

                Plaintiff,
                                                       :

      - against -                                                               NOTICE OF APPEARANCE

                                                                     :

THE BEAR STEARNS COMPANIES, INC.,
et al.,                                                                         :

                Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
            May 12, 2008

                                                           /s/ Susan L. Saltzstein
                                                     Susan L. Saltzstein
                                                     SKADDEN, ARPS, SLATE,
                                                        MEAGHER & FLOM LLP
                                                     (Susan.Saltzstein@skadden.com)
                                                     Four Times Square
                                                     New York, New York 10036
                                                     (212) 735-3000

                                                     Attorneys for Defendant
                                                       Alan D. Schwartz