UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

EASTSIDE HOLDINGS INC., individually and
on behalf of all others similarly situated,

                    Plaintiff,

   - against -

THE BEAR STEARNS COMPANIES INC., JAMES E.
CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR,
SAMUEL L. MOLINARO, JR., and
ALAN C. GREENBERG,

                    Defendants.

------------------------------------------X

08 Civ. 2793 (RWS)

MEMORANDUM AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

Sweet, D.J.,

       On May 8, 2008, it came to my attention that the trustee of a 1974 trust of which I am the income beneficiary bought 115 shares of Bear Stearns on November 9, 2006, which were sold on August 27, 2007.

       I, sua sponte, renounce any financial interest I may have in the outcome of any action in which Bear Stearns is a party by declining membership in any class that may eventually be certified in this case. See 28 U.S.C. 455(f); In re Literary Works in Elec. Databases Copyright Litig., 509 F.3d 136 (2d Cir. 2007). In doing so, I do not intend to express or imply any view as to the likelihood of class certification in this case, or whether I would be encompassed by the definition of any such class.

New York, NY
May /2/, 2008

                                    ROBERT W. SWEET
                                        U.S.D.J.