**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASTSIDE HOLDINGS INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG<br><br>Defendants. | **CIVIL ACTION NO. 08-CV-2793-RWS** |
| RAZILL C. BECHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG<br><br>Defendants. | **CIVIL ACTION NO. 08-CV-2866-RWS** |

(Caption continued on subsequent page)

**NOTICE OF MOTION OF SICAV INVERSIONES CAMPOS DEL MONTIEL AND SAN ANTONIO FIRE & POLICE PENSION FUND FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF THEIR SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS**

|  |  |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and On behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>          v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ and SAMUEL L. MOLINARO, JR.<br><br>          Defendants. | **CIVIL ACTION NO. 08-CV-3013-RWS** |

PLEASE TAKE NOTICE that on a date and at a time as designated by the Court, at the United States District Court for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street, New York, New York 10007, SICAV Inversiones Campos del Montiel ("Campos del Montiel") and San Antonio Fire & Police Pension Fund ("San Antonio"), will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order appointing Campos del Montiel and San Antonio as Lead Plaintiff in the above-captioned actions, approving their choice of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class, and consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure.

Campos del Montiel and San Antonio believe that they have the largest financial interest in the relief sought by the Class and should, therefore, be appointed Lead Plaintiff. Campos del Montiel and San Antonio purchased 86,700 shares of the common stock of The Bear Stearns Companies, Inc. ("Bear Stearns" or the "Company") on both a gross and net basis between December 14, 2006 and March 14, 2008. Campos del Montiel and San Antonio expended, on a net basis, over $10.8 million to purchase these shares. Campos del Montiel and San Antonio suffered a loss of approximately $10 million on this investment.

The appointment of Campos del Montiel and San Antonio as Lead Plaintiff would advance one of the primary goals of the PSLRA—to encourage institutional investors with large financial stakes in the outcome to assume control over securities class actions. In addition, Campos del Montiel and San Antonio meet the requirements of Rule 23 of

the Federal Rules of Civil Procedure because their claims are typical of class members' claims and they will fairly and adequately represent the class.  Finally, Campos del Montiel and San Antonio have selected and retained a national law firm with substantial expertise in complex litigation to serve as lead counsel.

This Motion is based upon the accompanying Memorandum of Law in Support thereof, the Declaration of Gerald H. Silk filed herewith, the pleadings and other files, and such other written or oral argument as may be permitted by the Court.

For the foregoing reasons, Campos del Montiel and San Antonio respectfully request that the Court (i) appoint Campos del Montiel and San Antonio as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (ii) approve Campos del Montiel and San Antonio's selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class; (iii) consolidate all related actions; and (iv) grant such other and further relief as the Court may deem just and proper.

Dated: May 16, 2008                Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Gerald H. Silk
Gerald H. Silk (GS-4565)
Noam Mandel (NM-0203)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
(212) 554-1400

*Counsel for SICAV Inversiones Campos del Montiel and San Antonio Fire & Police Pension Fund and Proposed Lead Counsel for the Class*