UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDING INC., *Individually and On Behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS CO., INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., and ALAN C. GREENBERG,<br><br>Defendants. | **CASE #: 1:08-cv-02793-RWS** |
| RAZILL C. BECHER, *Individually and on Behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS CO., INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., and ALAN C. GREENBERG,<br><br>Defendants. | **CASE #: 1:08-cv-02866-RWS** |

**NOTICE OF MOTION OF COMMONWEALTH OF MASSACHUSETTS PENSION RESERVES INVESTMENT TRUST FUND FOR CONSOLIDATION, APPOINTMENT <u>AS LEAD PLAINTIFF, AND APPROVAL OF ITS CHOICE OF LEAD COUNSEL</u>**

**PLEASE TAKE NOTICE** that class member Commonwealth of Massachusetts Pension Reserves Investment Trust Fund ("Massachusetts") hereby moves this Court pursuant to Fed. R. Civ. P. 42(c) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, at the United States District Court for the Southern District of New York, before the Honorable Robert W. Sweet, located at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order: (a) consolidating all of the above actions into one action for all purposes; (b) appointing Massachusetts to serve as lead plaintiff; and (c) approving Massachusetts's selection of counsel for the class.

In support of its motion, Massachusetts submits: (a) the Declaration of Joseph R. Seidman, Jr., dated May 16, 2008, and annexed exhibits; (b) a Memorandum of Law, dated May 16, 2008; and (c) a Proposed Order granting Massachusetts' motion for consolidation, appointment as lead plaintiff, and approval of its selection of lead counsel for the class.

Dated: May 16, 2008

Respectfully submitted,

BERNSTEIN LIEBHARD & LIFSHITZ, LLP

/s/
_____
Sandy A. Liebhard (SL-0835)
Joseph R. Seidman, Jr. (JS-9260)
10 East 40th Street, 22nd Floor
New York, NY 10016
Tel: (212) 779-1414

*Counsel for Massachusetts and Proposed Lead Counsel for the Class*