UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDINGS INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG<br><br>Defendants. | **CIVIL ACTION NO. 08-CV-2793-RWS** |
| RAZILL C. BECHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG<br><br>Defendants. | **CIVIL ACTION NO. 08-CV-2866-RWS** |

(Caption continued on subsequent page)

| | |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and On behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ and SAMUEL L. MOLINARO, JR.<br><br>    Defendants. | **CIVIL ACTION NO. 08-CV-3013-RWS** |

### CERTIFICATE OF SERVICE

  I hereby certify that on this the 16th day of May, 2008, I served the foregoing documents on all registered ECF participants:

**NOTICE OF MOTION OF SICAV INVERSIONES CAMPOS DEL MONTIEL AND SAN ANTONIO FIRE & POLICE PENSION FUND FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF THEIR SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS;**

**MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF SICAV INVERSIONES CAMPOS DEL MONTIEL AND SAN ANTONIO FIRE & POLICE PENSION FUND FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF THEIR SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS; and**

**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF SICAV INVERSIONES CAMPOS DEL MONTIEL AND SAN ANTONIO FIRE & POLICE PENSION FUND FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF THEIR SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS**

                 /s/ Dafne M. Maytorena
                 Dafne M. Maytorena