**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASTSIDE HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | |
| v. | Civil Action No.: 1:08-cv-02793 (RWS) (ECF Case) |
| THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG, | Hon. Robert W. Sweet |
| Defendants. | |

*(Additional Captions on the Following Pages)*

**NOTICE OF MOTION OF THE STATE OF MICHIGAN RETIREMENT SYSTEMS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

————————————————————— x
RAZILL C. BECHER, Individually and on Behalf : 
of All Others Similarly Situated, : Electronically Filed
 :
                Plaintiff, :
   v. : Civil Action No.: 1:08-CV-02866 (RWS)
 : (ECF Case)
THE BEAR STEARNS COMPANIES INC., :
JAMES E. CAYNE, ALAN D. SCHWARTZ, : Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L. :
MOLINARO, JR. and ALAN C. GREENBERG, :
 :
              Defendants. :
————————————————————— x
GREEK ORTHODOX ARCHDIOCESE :
FOUNDATION, by and through GEORGE :
KERITSIS, TRUSTEE, Individually and On : Electronically Filed
Behalf of All Others Similarly Situated, :
 :
              Plaintiff, : Civil Action No. 1:08-CV-03013 (RWS)
   v. : (ECF Case)
 :
THE BEAR STEARNS COMPANIES INC., : Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ, :
WARREN J. SPECTOR, and SAMUEL L. :
MOLINARO, JR., :
 :
              Defendants. :
————————————————————— x

PLEASE TAKE NOTICE that class member the State Treasurer of the State of Michigan, Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System, and Michigan Judges Retirement System (the "State of Michigan Retirement Systems" or "SMRS"), by its counsel, hereby moves this Court for an Order: (i) consolidating the above-captioned securities fraud actions against The Bear Stearns Companies Inc.; (ii) appointing the SMRS as Lead Plaintiff; (iii) approving the SMRS's selection of Labaton Sucharow LLP and Berman DeValerio Tabacco Burt & Pucillo as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this motion, the SMRS submits herewith a Memorandum of Law and Declaration of Andrei V. Rado.

Dated: May 16, 2008                                             Respectfully submitted,

**BERMAN DeVALERIO TABACCO BURT & PUCILLO**

By:   */s/ Joseph J. Tabacco, Jr.*

Joseph J. Tabacco, Jr. (JJT-1994)
Julie J. Bai
425 California Street
Suite 2100
San Francisco, California 94104
Telephone:    (415) 433-3200
Facsimile:     (415) 433-6382

Jeffrey C. Block (JCB-0387)
Patrick T. Egan
One Liberty Square
Boston, Massachusetts 02109
Telephone:    (617) 542-8300
Facsimile:     (617) 542-1194

**LABATON SUCHAROW LLP**

By:   */s/ Thomas A. Dubbs*

Thomas A. Dubbs (TD-9868)
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:    (212) 907-0700
Facsimile:     (212) 818-0477

*Attorneys for the State of Michigan Retirement Systems
and Proposed Lead Counsel for the Class*