UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
EASTSIDE HOLDINGS INC., Individually and : 
on Behalf of All Others Similarly Situated, : Electronically Filed
 :
           Plaintiff, :
      v. : Civil Action No.: 1:08-cv-02793 (RWS)
 : (ECF Case)
THE BEAR STEARNS COMPANIES INC., :
JAMES E. CAYNE, ALAN D. SCHWARTZ, : Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L. :
MOLINARO, JR. and ALAN C. GREENBERG, :
 :
           Defendants. :
---------------------------------------------------------------- x

*(Additional Captions on the Following Page)*

**CERTIFICATE OF SERVICE**

```
─────────────────────────────────────── x
RAZILL C. BECHER, Individually and on Behalf : 
of All Others Similarly Situated,            :  Electronically Filed
                                             :
                    Plaintiff,               :
          v.                                 :  Civil Action No.: 1:08-CV-02866 (RWS)
                                             :  (ECF Case)
THE BEAR STEARNS COMPANIES INC.,             :
JAMES E. CAYNE, ALAN D. SCHWARTZ,            :  Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                 :
MOLINARO, JR. and ALAN C. GREENBERG,         :
                                             :
                    Defendants.              :
─────────────────────────────────────── x
GREEK ORTHODOX ARCHDIOCESE                   :
FOUNDATION, by and through GEORGE            :
KERITSIS, TRUSTEE, Individually and On       :  Electronically Filed
Behalf of All Others Similarly Situated,     :
                                             :
                    Plaintiff,               :  Civil Action No. 1:08-CV-03013 (RWS)
          v.                                 :  (ECF Case)
                                             :
THE BEAR STEARNS COMPANIES INC.,             :  Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,            :
WARREN J. SPECTOR, and SAMUEL L.             :
MOLINARO, JR.,                               :
                                             :
                    Defendants.              :
─────────────────────────────────────── x
```

I, Thomas A. Dubbs, hereby certify, that on May 16, 2008, I electronically filed true and correct copies of the foregoing documents:

- Notice of Motion of the State of Michigan Retirement Systems for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Memorandum of Law in Support of the Motion of the State of Michigan Retirement Systems for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Declaration of Andrei V. Rado in Support of the Motion of the State of Michigan Retirement Systems for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

sd@lerachlaw.com, drosenfeld@csgrr.com, jfruchter@fruchtertwersky.com, dfrankel@kramerlevin.com, jsaks@kramerlevin.com, ssinaiko@kramerlevin.com, ssaltzst@skadden.com, jkasner@skadden.com, alan.glickman@srz.com, christopher.giampapa@srz.com, gary.stein@srz.com, jerry@blbglaw.com, and seidman@bernlieb.com.

I also hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following:

William Bernard Federman  
Federman & Sherwood  
10205 N. Pennsylvania Avenue  
Oklahoma City, OK 73102  

Debbie R. Gross  
The Law Office of Bernard M. Gross, P.C.  
1515 Locust Street  
2nd Floor  
Philadelphia, PA 19102

David C. Walton
Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301

                                              /s/  *Thomas A. Dubbs*
                                              Thomas A. Dubbs (TD-9868)