AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Eastside Holding Inc. v. The Bear Stearns Companies Inc. et al     Case Number: 1:08-cv-02793-RWS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

State of Michigan Retirement Systems

I certify that I am admitted to practice in this court.

| 5/21/2008 | |
|---|---|
| Date | Signature |

Javier Bleichmar          JB-0435
Print Name              Bar Number

Labaton Sucharow LLP, 140 Broadway
Address

| New York | NY | 10005 |
|---|---|---|
| City | State | Zip Code |

(212) 907-0887          (212) 883-7087
Phone Number           Fax Number