UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>      v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>       Defendants. | No. 08-cv-2793 (RWS) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants The Bear Stearns Companies Inc.

Dated: May 22, 2008
New York, New York

              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


              By: /s/ Brad S. Karp
                 Brad S. Karp

              1285 Avenue of the Americas
              New York, New York  10019-6064
              Tel: (212) 373-3000
              Fax: (212) 757-3990
              Email: bkarp@paulweiss.com

              *Attorneys for The Bear Stearns Companies Inc.*