UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>       Defendants. | No. 08-cv-2793 (RWS) |

## AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 22, 2008, I served true copies of the attached: NOTICES OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF THE BEAR STEARNS COMPANIES INC. on the following:

> Michael Chepiga
> William T. Russell
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, NY 10017

> Lawrence B. Pedowitz
> David B. Anders
> WACHTELL, LIPTON, ROSEN & KATZ
> 51 West 52nd Street
> New York, NY 10019

3. I made such service by placing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

_____
Leana Loncarevic
Licence No.: 1262377

Sworn to before me this
22nd day of May, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008