AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

Eastside Holding Inc. v. The Bear Stearns Companies Inc. et al

Case Number: 1:08-cv-02793-RWS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

State of Michigan Retirement Systems

I certify that I am admitted to practice in this court.

| 5/27/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | James W. Johnson | JJ-0123 |
| | Print Name | Bar Number |
| | Labaton Sucharow LLP, 140 Broadway | |
| | Address | |
| | New York       NY | 10005 |
| | City       State | Zip Code |
| | (212) 907-0859 | (212) 883-7059 |
| | Phone Number | Fax Number |