**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASTSIDE HOLDINGS INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG<br><br>Defendants. | **CIVIL ACTION NO. 08-CV-2793-RWS** |
| RAZILL C. BECHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG<br><br>Defendants. | **CIVIL ACTION NO. 08-CV-2866-RWS** |

(Caption continued on subsequent page)

**NOTICE OF NON-OPPOSITION OF SICAV INVERSIONES CAMPOS DEL
MONTIEL AND SAN ANTONIO FIRE & POLICE PENSION FUND**

|  |  |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and On behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ and SAMUEL L. MOLINARO, JR.<br><br>        Defendants. | **CIVIL ACTION NO. 08-CV-3013-RWS** |

Based on the pending motions for appointment of lead plaintiff, it appears that the State of Michigan Retirement Systems ("Michigan") assert the largest financial interest in this matter. Therefore, SICAV Inversiones Campos del Montiel ("Campos del Montiel") and the San Antonio Fire & Police Pension Fund ("San Antonio") do not oppose the motion of Michigan for appointment as lead plaintiff. Campos del Montiel and San Antonio stand ready, willing, and able to assist the Court and/or Michigan in the conduct of the litigation.

Dated: June 5, 2008

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Gerald H. Silk
Gerald H. Silk (GS-4565)
Noam Mandel (NM-0203)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
(212) 554-1400

*Counsel for SICAV Inversiones Campos del Montiel and the San Antonio Fire & Police Pension Fund*