UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDINGS INC., Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG<br><br>　　　　Defendants. | **CIVIL ACTION NO. 08-CV-2793-RWS** |
| RAZILL C. BECHER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG<br><br>　　　　Defendants. | **CIVIL ACTION NO. 08-CV-2866-RWS** |

(Caption continued on subsequent page)

**CERTIFICATE OF SERVICE**

|  |  |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and On behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                   v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ and SAMUEL L. MOLINARO, JR.<br><br>                Defendants. | **CIVIL ACTION NO. 08-CV-3013-RWS** |

I, Maureen Duncan, hereby certify that on June 5, 2008, I caused Notice of Non-Opposition of Sicav Inversiones Campos Del Montiel and San Antonio Fire & Police Pension Fund to be filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

                                                        */s/ Maureen Duncan*
                                                          Maureen Duncan