UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
EASTSIDE HOLDINGS INC., Individually and : 
on Behalf of All Others Similarly Situated,   : Electronically Filed
                                              :
                              Plaintiff,      :
        v.                                    : Civil Action No.: 1:08-cv-02793 (RWS)
                                              : (ECF Case)
THE BEAR STEARNS COMPANIES INC.,              :
JAMES E. CAYNE, ALAN D. SCHWARTZ,             : Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                  :
MOLINARO, JR. and ALAN C. GREENBERG,          :
                                              :
                              Defendants.     :
---------------------------------------------------------------- x

*(Additional Captions on the Following Page)*

**CERTIFICATE OF SERVICE**

―――――――――――――――――――――――――― x
RAZILL C. BECHER, Individually and on Behalf : 
of All Others Similarly Situated, : Electronically Filed
 :
                   Plaintiff, :
    v. : Civil Action No.: 1:08-CV-02866 (RWS)
 : (ECF Case)
THE BEAR STEARNS COMPANIES INC., :
JAMES E. CAYNE, ALAN D. SCHWARTZ, : Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L. :
MOLINARO, JR. and ALAN C. GREENBERG, :
 :
                 Defendants. :
―――――――――――――――――――――――――― x
GREEK ORTHODOX ARCHDIOCESE :
FOUNDATION, by and through GEORGE :
KERITSIS, TRUSTEE, Individually and On : Electronically Filed
Behalf of All Others Similarly Situated, :
 :
                 Plaintiff, : Civil Action No. 1:08-CV-03013 (RWS)
    v. : (ECF Case)
 :
THE BEAR STEARNS COMPANIES INC., : Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ, :
WARREN J. SPECTOR, and SAMUEL L. :
MOLINARO, JR., :
 :
                 Defendants. :
―――――――――――――――――――――――――― x

I, Thomas A. Dubbs, hereby certify, that on June 5, 2008, I electronically filed true and correct copies of the foregoing documents:

- Memorandum of Law in Further Support of the Motion of the State of Michigan Retirement Systems for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Declaration of Andrei V. Rado in Further Support of the Motion of the State of Michigan Retirement Systems for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

sd@lerachlaw.com, drosenfeld@csgrr.com, jfruchter@fruchtertwersky.com,

dfrankel@kramerlevin.com, jsaks@kramerlevin.com, ssinaiko@kramerlevin.com,

ssaltzst@skadden.com, jkasner@skadden.com, christopher.giampapa@srz.com,

alan.glickman@srz.com, gary.stein@srz.com, egoldstein@paulweiss.com,

jhurwitz@paulweiss.com, bkarp@paulweiss.com, dtoal@paulweiss.com,

jerry@blbglaw.com, seidman@bernlieb.com, jbleichmar@labaton.com, and

jjohnson@labaton.com.

I also hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following:

| | |
|---|---|
| William Bernard Federman<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73102 | Debbie R. Gross<br>The Law Office of Bernard M. Gross, P.C.<br>1515 Locust Street<br>2nd Floor<br>Philadelphia, PA 19102 |

David C. Walton
Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301

/s/  *Thomas A. Dubbs*
Thomas A. Dubbs (TD-9868)