UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDING INC., *Individually and On Behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS CO., INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., and ALAN C. GREENBERG,<br><br>Defendants. | CASE #: 1:08-cv-02793-RWS |
| RAZILL C. BECHER, *Individually and on Behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS CO., INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., and ALAN C. GREENBERG,<br><br>Defendants. | CASE #: 1:08-cv-02866-RWS |

NOTICE OF NON-OPPOSITION OF COMMONWEALTH
OF MASSACHUSETTS PENSION RESERVES INVESTMENT TRUST
FUND TO MICHIGAN'S MOTION FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF ITS CHOICE OF LEAD COUNSEL

16823v1

PLEASE TAKE NOTICE that class member Commonwealth of Massachusetts Pension Reserves Investment Trust Fund ("Massachusetts") hereby states that it does not oppose Michigan's motion for appointment as lead plaintiff since it appears it has the largest financial interest in these actions. If the Court does not appoint Michigan as lead plaintiff, or as sole lead plaintiff, Massachusetts stands ready and willing to serve as either sole or co-lead plaintiff.

Dated: June 10, 2008

Respectfully submitted,

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

/s/
_____
Sandy A. Liebhard (SL-0835)
Joseph R. Seidman, Jr. (JS-9260)
10 East 40th Street, 22nd Floor
New York, NY 10016
Tel: (212) 779-1414

*Counsel for Massachusetts and Proposed Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the following counsel of record in the consolidated actions filed in this Court, First Class Mail prepaid this 10th day of June, 2008:

*Attorneys for Plaintiffs*:

**David Avi Rosenfeld**
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY  11747

**Debbie R. Gross**
The Law Office of Bernard M. Gross, P.C.
1515 Locust Street
2nd Floor
Philadelphia, PA  19102

**Jack Gerald Fruchter**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York, NY  10119

**Darren J. Robbins**
**David C. Walton**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

**Gerald Harlan Silk**
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

**James W. Johnson**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

**William B. Federman**
10205 N. Penn. Ave.
Oklahoma City, OK  73120

*Attorneys for Defendants*:

**David Stanley Frankel**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036


/s/
_____
JOSEPH R. SEIDMAN, JR.