UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated, <br><br>                    Plaintiff, <br><br>         v. <br><br> THE BEAR STEARNS COMPANIES INC., *et al.*, <br><br>                    Defendants. | No. 08-cv-2793 (RWS) |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES INC.

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. hereby states that on May 30, 2008, a wholly-owned subsidiary of JPMorgan Chase & Co. merged with and into The Bear Stearns Companies Inc. ("Bear Stearns"), with Bear Stearns continuing as the surviving corporation and a subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly held corporation with no corporate parent.  No publicly traded corporation owns 10% or more of its stock.

Dated: June 13, 2008
New York, New York

>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
>
>By:   /s/ Brad S. Karp
>         Brad S. Karp
>
>1285 Avenue of the Americas
>New York, New York  10019-6064
>Tel:    (212) 373-3000
>Fax:   (212) 757-3990
>Email:  bkarp@paulweiss.com
>
>*Attorneys for The Bear Stearns Companies Inc.*