UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― x
EASTSIDE HOLDINGS INC., Individually and     :
on Behalf of All Others Similarly Situated,        :   Electronically Filed
                                                                         :
                                       Plaintiff,                 :
              v.                                                      :   Civil Action No.: 1:08-cv-02793 (RWS)
                                                                         :   (ECF Case)
THE BEAR STEARNS COMPANIES INC.,       :
JAMES E. CAYNE, ALAN D. SCHWARTZ,     :    Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                :
MOLINARO, JR. and ALAN C. GREENBERG, :
                                                                         :
                                       Defendants.            :
―――――――――――――――――――――― x

*(Additional Captions on the Following Pages)*

**CERTIFICATE OF SERVICE**

———————————————————————— x
RAZILL C. BECHER, Individually and on Behalf : 
of All Others Similarly Situated, : Electronically Filed
 :
                      Plaintiff, :
     v. : Civil Action No.: 1:08-CV-02866 (RWS)
 : (ECF Case)
THE BEAR STEARNS COMPANIES INC., :
JAMES E. CAYNE, ALAN D. SCHWARTZ, : Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L. :
MOLINARO, JR. and ALAN C. GREENBERG, :
 :
                     Defendants. :
———————————————————————— x
GREEK ORTHODOX ARCHDIOCESE :
FOUNDATION, by and through GEORGE :
KERITSIS, TRUSTEE, Individually and On : Electronically Filed
Behalf of All Others Similarly Situated, :
 :
                     Plaintiff, : Civil Action No. 1:08-CV-03013 (RWS)
    v. : (ECF Case)
 :
THE BEAR STEARNS COMPANIES INC., : Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ, :
WARREN J. SPECTOR, and SAMUEL L. :
MOLINARO, JR., :
 :
                     Defendants. :
———————————————————————— x
FREDERICK S. SCHWARTZ, Individually and :
On Behalf of All Other Similarly Situated : Electronically Filed
Persons, :
 :
                     Plaintiff, : Civil Action No.: 1:08-CV-04972 (RWS)
    v. : (ECF Case)
 :
THE BEAR STEARNS COMPANIES, JAMES :
E. CAYNE, ALAN D. SCHWARTZ and : Hon. Robert W. Sweet
SAMUEL L. MOLINARO, JR., :
 :
                     Defendants, :
———————————————————————— x

|  |  |
|---|---|
| ────────────────────────────────────── x |  |
| GILLES BRANSBOURG, Individually and On Behalf of All Others Similarly Situated, | : : |
|  | : Electronically Filed |
| Plaintiff, | : |
| v. | : : |
|  | : Civil Action No. 1:08-CV-05054 (RWS) |
| THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, and SAMUEL L. MOLINARO, JR., | : (ECF Case) : : : |
|  | : |
| Defendants. | : |
| ────────────────────────────────────── x |  |

I, Thomas A. Dubbs, hereby certify, that on August 19, 2008, I electronically filed a true and correct copy of the following document:

- Statement of the State of Michigan Retirement Systems Regarding Lead Plaintiff Motions

with the Clerk of the Court using the ECF system which will send notification to the following:

drosenfeld@csgrr.com, jfruchter@fruchtertwersky.com, jsaks@kramerlevin.com, dfrankel@kramerlevin.com, ssinaiko@kramerlevin.com, ssaltzst@skadden.com, jkasner@skadden.com, christopher.giampapa@srz.com, alan.glickman@srz.com, gary.stein@srz.com, egoldstein@paulweiss.com, jhurwitz@paulweiss.com, bkarp@paulweiss.com, dtoal@paulweiss.com, jerry@blbglaw.com, seidman@bernlieb.com, brower@browerpiven.com, brown@whafh.com, krasner@whafh.com, nespole@whafh.com, jblock@bermanesq.com, jsaif@bermanesq.com, pegan@bermanesq.com, parislaw@neto.com, jewusiak@forizs-dogali.com, wfederman@aol.com, jjohnson@labaton.com, and jbleichmar@labaton.com.

I also hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following:

David C. Walton  
Coughlin, Stoia, Geller, Rudman  
    & Robbins, L.L.P.  
655 W. Broadway, Suite 1900  
San Diego, CA 92101-3301  

Scott E. Schutzman  
Law Offices of Scott E. Schutzman  
3700 S. Susan Street  
Santa Ana, CA 92704  

/s/ *Thomas A. Dubbs*  
Thomas A. Dubbs (TD-9868)