# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

**MALCOLM T. BROWN**
DIRECT DIAL: 212.545.4714
FACSIMILE: 212.686.0114
brown@whafh.com

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

September 11, 2012



**HAND DELIVERY**

Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1940
New York, NY 10007

Re:   *In re The Bear Stearns Cos., Inc. Sec., Derivative & ERISA Litig.*,
No. 08 MDL No. 1963 (RWS); Securities Action 08 Civ. 02793 (RWS)

Dear Judge Sweet:

We are counsel for plaintiff Gilles Bransbourg ("Bransbourg").

On August 3, 2012, Bransbourg moved by order to show cause to compel discovery from The State of Michigan Retirement Systems ("SMRS") and the Bear Stearns Companies, Inc. ("Bear Stearns") in connection with the proposed settlement of the Securities Action. On August 7, 2012, the Court entered an Order to Show Cause which scheduled a hearing for August 22, 2012 and required opposition papers, if any, to be served by 5:00 p.m. on August 20, 2012. On August 14, 2012, the Court clarified that the Order to Show Cause is scheduled to be heard on submission.

After numerous telephonic meet and confers with counsel for SMRS, we are pleased to inform Your Honor that the parties have resolved the matter. Accordingly, we write to request that the Order to Show Cause be withdrawn. We also request that Bransbourg's Notice of Intention to Appear and Object to Settlement be withdrawn.

Respectfully,

Malcolm T. Brown

MTB:ms
/697506

cc:   James W. Johnson, Esq. (via e-mail)
Eric S. Goldstein, Esq. (via e-mail)
Jessica S. Carey, Esq. (via e-mail)