DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
IN RE BEAR STEARNS COMPANIES, INC.
SECURITIES, DERIVATIVE, AND ERISA       08 **MDL** 1963 (RWS)
LITIGATION

This Document Relates To:

Securities Action, 08 Civ. 2793
----------------------------------------------------------X
SRM GLOBAL MASTER FUND LIMITED
PARTNERSHIP,
                  Plaintiff,       13 **CIVIL** 2692 (RWS)
    -against-                                **JUDGMENT**

THE BEAR STEARNS COMPANIES LLC (F/N/A
BEAR STEARNS COMPANIES INC.), ALAN D.
SCHWARTZ, SAMUEL L. MOLINARO, JR.,
JAMES CAYNE, WARREN SPECTOR and
DELOITTE & TOUCHE LLP,
                  Defendants.
----------------------------------------------------------X

The defendants The Bear Stearns Companies LLC (F/K/A The Bear Stearns Companies Inc.) ("Bear Stearns"), Alan D. Schwartz, Samuel L. Molinaro, James Cayne, and Warren Spector (the "Individual Defendants") (collectively, the "Bear Stearns Defendants") and Deloitte & Touche LLP ("Deloitte") (collectively, with the Bear Stearns Defendants, the "Defendants") having moved to dismiss pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on February 5, 2014, having rendered its Opinion granting Defendants' motions to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated February 3, 2014, Defendants' motions to dismiss are granted.

**Dated:** New York, New York
       February 10, 2014

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                BY:

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____
                                                           **Deputy Clerk**